McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Oct 19, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>A SAMSUNG GALAXY NOTE 10 PHONE S/N RF8MA1TLWXE CURRENTLY IN THE LAWFUL POSSESSION OF DETECTIVE CHRIS MACRES OF THE EL DORADO COUNTY SHERIFF'S DEPARTMENT AT 200 INDUSTRIAL DRIVE, PLACERVILLE, CA | 2:20-SW-0523 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: October 19, 2020

_____
UNITED STATES MAGISTRATE JUDGE